IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CORDELL TUTT,

      Appellant,

 v.

                                Case No.  5D22-680
                                LT Case No. 1992-CF-004884-C-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 1, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Rachael E. Reese, of O'Brien Hatfield Reese,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and L. Charlene Matthews, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.